1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )    Criminal Case No. 95cr0973JM
                                     )
11            Plaintiff,              )
                                     )
12       v.                          )    ORDER OF DISMISSAL OF
                                     )    INDICTMENT AND WITHDRAWAL
13  ARTURO GUZMAN-LOERA (2)          )    OF WARRANT
                                     )
14            Defendant.              )
                                     )
15  _____

16       Upon application of the United States Attorney, and good cause appearing therefrom,

17       IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant

18  ARTURO GUZMAN-LOERA is dismissed.

19       IT IS FURTHER ORDERED that any warrants issued for this defendant in this case be recalled.

20       **IT IS SO ORDERED.**

21  DATED: May 14, 2007

22                                          _____
                                            Hon. Jeffrey T. Miller
23                                          United States District Judge

24
25
26
27
28